UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELCILIO MORALES, | )<br>) |
| Plaintiff, | ) Case No. 1:09-cv-917<br>) |
| v. | ) Honorable Paul L. Maloney<br>) |
| COMMISSIONER OF<br>SOCIAL SECURITY, | )<br>)<br>) |
| | ) **JUDGMENT** |
| Defendant. | )<br>) |

IT IS ORDERED that the stipulated motion to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) (docket # 8) is GRANTED. Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Dated: March 2, 2010　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　Chief United States District Judge